No. 729. HODGSON *v.* MINNESOTA. Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1273. STAFFORD *v.* MICHIGAN. Appeal from Ct. App. Mich. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE BLACK dissents from this action of the Court.

No. 1473. G & M EMPLOYMENT SERVICE, INC., ET AL. *v.* DEPARTMENT OF LABOR AND INDUSTRIES ET AL. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.

No. 1538. PASSEL ET AL. *v.* FORT WORTH INDEPENDENT SCHOOL DISTRICT ET AL. Appeal from Ct. Civ. App. Tex., 2d Sup. Jud. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 6054. VASQUEZ *v.* NEW YORK. Appeal from App. Term, Sup. Ct. N. Y., 1st Jud. Dept., dismissed. *Molinaro* v. *New Jersey,* 396 U. S. 365 (1970). MR. JUSTICE BRENNAN is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 6778. TORRES ET AL. *v.* NEW YORK STATE DEPARTMENT OF LABOR ET AL. Appeal from D. C. S. D. N. Y. Judgment vacated and case remanded for reconsideration in light of this Court's decision in *California Department of Human Resources* v. *Java, ante,* p. 121.